# United States Court of Appeals
## For the First Circuit

No. 21-1568

THOMAS SWARTZ,

Plaintiff, Appellant,

v.

NORMAN SYLVESTER; TOWN OF BOURNE,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on November 21, 2022, is amended as follows:

On page 14, line 14, replace "See Lukumi, 508 U.S. at 543." with "See id. at 543."